Michael D. Rounds (NV Bar No. 4734)
Ryan Cudnik (NV Bar No. 12948)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
      rcudnik@bhfs.com

Emily Ellis (NV Bar No. 11956)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: eellis@bhfs.com

[Additional counsel on signature page]

*Counsel for Defendant*
*SIMILASAN CORPORATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| T.R.P. COMPANY, INC. <br><br>    Plaintiff, <br><br>v. <br><br>SIMILASAN AG AND SIMILASAN CORPORATION, <br><br>    Defendants. | Case No.: 2:17-cv-02197-JCM-CWH <br><br>**JOINT STIPULATION TO AMEND PLEADINGS AND [PROPOSED] ORDER** |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel: 775-324-4100
Fax: 775-333-8171

1  Plaintiff and Counterclaim-Defendant T.R.P. Company, Inc. ("TRP"), Defendant and
2 Counterclaimant Similasan Corporation ("Similasan") and Defendant Similasan AG ("AG"),
3 jointly stipulate to amend the pleadings as follows:

**STIPULATION**

WHEREAS, TRP filed its Complaint [ECF No. 1] on August 16, 2017;

WHEREAS, Similasan filed its Answer and Counterclaim [ECF No. 19] on September 14, 2017;

WHEREAS, TRP filed its Answer to Similasan's Counterclaim [ECF No. 21] on October 5, 2017;

WHEREAS, AG filed its Motion to Dismiss [ECF No. 24] on October 17, 2017;

WHEREAS, AG's Motion to Dismiss has been fully briefed and is currently pending before the Court;

WHEREAS, the last day to amend the pleadings pursuant to the Court's Scheduling Order [ECF No. 38] is April 13, 2017;

WHEREAS, both TRP and Similasan desire to amend their claims against the other party;

WHEREAS, TRP's proposed First Amended Complaint is attached as Exhibit A;

WHEREAS, Similasan's proposed First Amended Counterclaim is attached as Exhibit B;

IT IS STIPULATED by and between TRP and Similasan through their respective attorneys of record that:

1. TRP may file the First Amended Complaint attached as Exhibit A, and it will be deemed filed and served as of the date of the order granting this stipulation.

2. Similasan may file the First Amended Counterclaim attached as Exhibit B, and it will be deemed filed and served as of the date of the order granting this stipulation.

3. TRP and Similasan will respond to the respective amended pleadings within 30 days of the order granting this stipulation.

///

///

///

- 1 -

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel. 775-324-4100
Fax. 775-333-8171

4. AG's previously filed Motion to Dismiss for Lack of Personal Jurisdiction will be deemed responsive to TRP's First Amended Complaint, and no further briefing will be required to allow the existing briefing [Dkt. Nos. 24, 30, 34] to be decided by this Court.

| DICKINSON WRIGHT PLLC | CROWELL & MORING LLP |
|---|---|
| /s/ Michael N. Feder | /s/ Michelle Gillette |
| MICHAEL N. FEDER (NV Bar No. 7332) | Michelle Gillette (*pro hac vice*) |
| 8363 West Sunset Road, Suite 200 | CROWELL & MORING LLP |
| Las Vegas, Nevada 89113-2210 | 3 Embarcadero Center, 26th Floor |
| Email: mfeder@dickinson-wright.com | San Francisco, CA 94111 |
| | Telephone: (415) 986-2800 |
| **VENABLE LLP** | Facsimile: (415) 986-2827 |
| Daniel S. Silverman (*Pro Hac Vice*) | Email: mgillette@crowell.com |
| 2049 Century Park East, Suite 2300 | |
| Los Angeles, California 90067 | Christopher Cole (*pro hac vice*) |
| Tel: (310) 229-0373 | CROWELL & MORING LLP |
| Fax: (310) 229-9901 | 1001 Pennsylvania Avenue, NW |
| Email: dssilverman@venable.com | Washington, DC 20004 |
| | Telephone: (202) 624-2500 |
| **VENABLE LLP** | Facsimile: (202) 628-5116 |
| Meaghan H. Kent (*Pro Hac Vice*) | Email: ccole@crowell.com |
| 600 Massachusetts Avenue., NW | |
| Washington, D.C. 20001 | Michael D. Rounds (NV Bar No. 4734) |
| Tel: (202) 344-4000 | Ryan Cudnik (NV Bar No. 12948) |
| Fax: (202) 344-8300 | Brownstein Hyatt Farber Schreck, LLP |
| | 5371 Kietzke Lane |
| *Attorneys for Plaintiff T.R.P. Company, Inc.* | Reno, NV 89511 |
| | Telephone: (775) 324-4100 |
| | Facsimile: (775) 333-8171 |
| | Email: mrounds@bhfs.com |
| | rcudnik@bhfs.com |

IT IS SO ORDERED.

DATED: April 19, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Emily Ellis (NV Bar No. 11956)
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: eellis@bhfs.com

*Attorneys for Defendant SIMILASAN CORPORATION*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE:_____

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of CROWELL & MORING, LLP, and on this 12th day of April, 2018, I served the document entitled, **JOINT STIPULATION TO AMEND PLEADINGS AND [PROPOSED] ORDER**, on counsel of record through the CM/ECF system.

*Lupe Flores*
Employee of Crowell & Moring LLP