**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER, Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

**VENABLE LLP**
DANIEL S. SILVERMAN (Admitted Pro Hac Vice)
Email: dssilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Tel: (310) 229-0373
Fax: (310) 229-9901

**VENABLE LLP**
MEAGHAN H. KENT (Admitted Pro Hac Vice)
Email: MHKent@venable.com
600 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300

*Attorneys for Plaintiff/Counter-Defendant*
*T.R.P. Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| T.R.P. Company, Inc., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> Similasan AG and Similasan Corporation. <br><br> Defendants/Counter-Claimants. | Case No.: 2:17-cv-02197-JCM-CWH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(First Request)** |

COME NOW Plaintiff T.R.P. Company, Inc. ("TRP") and Defendants Similasan AG and Similasan Corporation (collectively, "Similasan"), by and through their counsel of record, hereby stipulate and agree to extend the discovery and related deadlines of the Joint Discovery Plan for

1

approximately six (6) months. This is the first request to extend these deadlines, the request is being made more than 21 days from the first current pending deadline, and the Parties are diligently engaged in discovery, but will be unable to complete the outstanding discovery within the current deadlines. The deadlines to be extended, with the current deadline in parentheses (Dkt. 37), and the proposed dates are:

1. <u>Interim Status Report</u>: (May 16, 2018) to be November 9, 2018;

2. <u>Fact Discovery Cut-Off</u>: (July 13, 2018) to be January 11, 2019;

3. <u>Expert Disclosures</u>: (August 17, 2018) to be February 11, 2019;

4. <u>Rebuttal Expert Disclosure</u>: (September 14, 2018) to be March 11, 2019;

5. <u>Expert Discovery Cut-Off</u>: (October 19, 2018) to be April 15, 2019;

6. <u>Dispositive Motions</u>: (November 16, 2018) to be May 13, 2019;

7. <u>Pre-Trial Order:</u> (December 14, 2018) to June 10, 2019, if no dispositive motions filed, 30 days following entry of order on dispositive motions or further order of the court.

<u>Discovery Completed</u> – The Parties have completed their initial disclosures, have exchanged initial written discovery and document requests, and are currently producing documents on a rolling basis. Both Parties have produced substantial numbers of documents and are preparing more for production. To date, Similasan has produced over 4,000 documents and anticipates producing similar numbers of documents relating to the new products at issue. TRP has produced approximately 600 documents and is still producing documents related to the initial claims and new claims. The Parties have also been involved in extensive and ongoing meet and confer efforts regarding their discovery responses and document production in an effort to avoid motion practice.

<u>Discovery To Be Completed</u> – Discovery to be completed includes further written discovery and document productions related to both the prior claims and the new claims added in TRP's Amended Complaint and Similasan's Amended Counterclaims (Dkt. 44), which include



eight new causes of action and two additional products, such that the scope of discovery has greatly expanded. The number of potentially responsive documents to be produced has substantially increased. Both sides need to take depositions of all fact witnesses. Expert disclosures, expert discovery and expert depositions are all still outstanding and the scope of the expert opinions has expanded. Additionally, both Parties anticipate pursuing third party discovery. Finally, as noted above, the Parties are currently engaged in meet and confer efforts, but if unsuccessful, additional time for motions to compel to be heard may be required.

<u>Pending Motions</u> – Similasan AG's Motion to Dismiss based on Lack of Personal Jurisdiction, filed on October 17, 2017, is pending before the Court (Dkt. 24).

The Parties represent that this Stipulation is sought in good faith. After conducting initial written discovery and document productions, on April 19, 2018, TRP and Similasan amended their Complaint and Counterclaims, respectively, adding several new causes of action to each pleading (Dkt. 44). In particular, TRP added three new causes of action for: (1) tortious interference with prospective business relations, (2) commercial disparagement, and (3) false advertising under 15 U.S.C. § 1125(a)(1)(B). Similasan added five new counterclaims for: (1) federal trademark infringement of Similasan's Pink Eye Relief mark, (2) federal trademark infringement of Similasan's Allergy Eye Relief mark, (3) cancellation of TRP's trademark registration for Allergy Eyes Relief, (4) federal trademark infringement of Similasan's Earache Relief mark, and (5) cancellation of TRP's trademark registration for Earache Relief. As these additional causes of action widen the scope of the discovery considerably, additional time is necessary for the Parties to exchange written discovery, collect and produce additional documents, and depose party and third-party witnesses related to these new claims. The Parties

///

///



hereby respectfully request that the aforementioned deadlines be extended accordingly.

Dated: April 25, 2018

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| */s Michael N. Feder* | */s Michael D. Rounds* |
| Michael N. Feder (NV Bar No. 7332) | Michael D. Rounds (NV Bar No. 4734) |
| 8363 West Sunset Road, Suite 200 | Ryan Cudnik (NV Bar No. 12948) |
| Las Vegas, NV 89113-2210 | 5371 Kietzke Lane |
| Email: mfeder@dickinson-wright.com | Reno, NV 89511 |
| | Telephone: (775) 324-4100 |
| **VENABLE LLP** | Facsimile: (775) 333-8171 |
| Daniel S. Silverman (*Pro Hac Vice*) | Email: mrounds@bhfs.com |
| 2049 Century Park East, Suite 2300 | rcudnik@bhfs.com |
| Los Angeles, CA 90067 | |
| Tel: (310) 229-0373 | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| Fax: (310) 229-9901 | Emily Ellis (NV Bar No. 11956) |
| Email: dssilverman@venable.com | 100 North City Parkway |
| | Las Vegas, NV 89106-4614 |
| **VENABLE LLP** | Telephone: (702) 382-2101 |
| Meaghan H. Kent (*Pro Hac Vice*) | Facsimile: (702) 382-8135 |
| 600 Massachusetts Avenue, NW | |
| Washington, D.C. 20001 | **CROMWELL & MORNING LLP** |
| Tel: (202) 344-4000 | Michelle Gillett (*Pro Hac Vice*) |
| Fax: (202) 344-8300 | 3 Embarcadero Center, 26th Floor |
| | San Francisco, CA 94111 |
| *Attorneys for Plaintiff T.R.P. Company, Inc.* | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| | Email: mgillette@crowell.com |
| | |
| | **CROWELL & MORING LLP** |
| | Christopher Cole (*pro hac vice*) |
| | 1001 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone: (202) 624-2500 |
| | Facsimile: (202) 628-5116 |
| | Email: ccole@crowell.com |
| | *Attorneys for Defendant SIMILASAN CORPORATION* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: April 26, 2018



4