**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER, Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

DANIEL S. SILVERMAN (Admitted Pro Hac Vice)
**VENABLE LLP**
Email: dssilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Tel: (310) 229-0373
Fax: (310) 229-9901

MEAGHAN H. KENT (Admitted Pro Hac Vice)
**VENABLE LLP**
Email: MHKent@venable.com
600 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300

*Attorneys for Plaintiff/Counterclaim-Defendant
T.R.P. Company, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| T.R.P. COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SIMILASAN AG AND SIMILASAN CORPORATION, <br><br> Defendants. | Case No.: 2:17-cv-02197-JCM-CWH <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUT-OFF** <br> **(Second Request)** |

COME NOW Plaintiff T.R.P. Company, Inc. ("TRP") and Defendants Similasan AG and Similasan Corporation (collectively, "Similasan"), by and through their counsel of record, hereby

1

stipulate and agree to extend the final expert discovery deadline of the Joint Discovery Plan on a limited basis; namely, to accommodate expert depositions that, due to scheduling conflicts, could not be accommodated prior to the July 1 deadline. This is the second request to extend this discovery deadline.

The Parties have submitted all reports and have been diligently working to schedule expert depositions since May 24. Due to expert and attorney schedules, the Parties were unable to find deposition dates for two of the expert witnesses, Jeffrey Stec for Similasan and David Stewart for TRP, prior to July 1. Additionally, Similasan took the deposition of Russell Mangum on June 18, 2019, but left the deposition open. TRP objects to a continued deposition of Dr. Mangum. Both parties reserve all rights, but should an additional deposition of Dr. Mangum be permitted, it would need to be scheduled after the current July 1 cutoff.

The Parties acknowledge that this request is being made fewer than 21 days from the deadline. However, immediately upon learning of the scheduling conflicts, the Parties promptly agreed on the extended deadlines herein and sought this brief extension with the Court. The Parties have otherwise scheduled and completed expert discovery, but they will be unable to complete the final two depositions or meet and confer regarding a second deposition of Dr. Mangum and schedule a continued deposition, if permitted, within the current deadlines. The proposed deadline, preceded by the current deadline (Dkt. 98), appears below. The proposed date is:

1. <u>Expert Discovery Cut-Off</u>: July 1, 2019 to be July 24, 2019.

The Parties do not request a further extension of time for dispositive motions or any other subsequent deadlines.

<u>Discovery Completed</u> – The Parties have completed all fact discovery and expert reports. The Parties have produced a substantial number of documents and conducted several



depositions. Each party designated opening experts and rebuttal experts. An expert deposition took place on June 14 for Hal Poret, and June 18 for Russell Mangum.

Discovery To Be Completed – The expert depositions of Jeffery Stec and David Stewart. The parties shall meet and confer about a potential continued deposition of Russell Mangum.

Pending Motions – There are no motions currently pending before the Court. Dispositive motions will be submitted on July 15.

The Parties represent that this Stipulation is sought in good faith and for good cause. The Parties have been diligently engaged in fact and expert discovery, and do not seek to extend the overall timeline of the case. The Parties' experts have diligently completed their reports within the schedule and now seek only to complete depositions outside of the deadline due to logistical challenges.

The Parties hereby jointly respectfully request that the aforementioned deadline be extended accordingly.

Dated: June 20, 2019

| | |
|---|---|
| **DICKINSON WRIGHT PLLC**  /s/ Michael N. Feder  MICHAEL N. FEDER (NV Bar No. 7332)  Email: mfeder@dickinson-wright.com  8363 West Sunset Road, Suite 200  Las Vegas, Nevada 89113-2210  **VENABLE LLP**  Daniel S. Silverman (*Pro Hac Vice*)  2049 Century Park East, Suite 2300  Los Angeles, California 90067  Tel: (310) 229-0373  Fax: (310) 229-9901  Email: dssilverman@venable.com | **CROWELL & MORING LLP**  /s/ Raija Horstman  Michelle Gillette (*Pro Hac Vice*)  3 Embarcadero Center, 26th Floor  San Francisco, CA 94111  Telephone: (415) 986-2800  Facsimile: (415) 986-2827  Email: mgillette@crowell.com  Valerie Goo (*Pro Hac Vice*)  Raija Horstman (*Pro Hac Vice*)  515 S. Flower Street, 40th Floor  Los Angeles, CA 90071  Telephone: (213) 443-5505  Facsimile: (213) 622-2690  Email: vgoo@crowell.com  Email: rhorstman@crowell.com |



| | |
|---|---|
| **VENABLE LLP**<br>Meaghan H. Kent (*Pro Hac Vice*)<br>600 Massachusetts Avenue., NW<br>Washington, D.C. 20001<br>Tel: (202) 344-4000<br>Fax: (202) 344-8300<br>Email: mhkent@venable.com<br>*Attorneys for Plaintiff T.R.P. Company, Inc.* | **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br><br>Michael D. Rounds (NV Bar No. 4734)<br>Ryan Cudnik (NV Bar No. 12948)<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br>Email: mrounds@bhfs.com<br>         rcudnik@bhfs.com<br><br>Emily Ellis (NV Bar No. 11956)<br>100 North City Parkway<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: eellis@bhfs.com<br><br>*Counsel for Defendants SIMILASAN CORPORATION and SIMILASAN AG* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: June 25, 2019

4