1  Michael D. Rounds (NV Bar No. 4734)
2  Arthur A. Zorio (NV Bar No. 6547)
   BROWNSTEIN HYATT FARBER SCHRECK, LLP
3  5371 Kietzke Lane
   Reno, NV 89511
4  Telephone: (775) 324-4100
   Facsimile: (775) 333-8171
5  Email: mrounds@bhfs.com
          azorio@bhfs.com
6

7  [additional counsel on signature page]

8  *Counsel for Defendants SIMILASAN CORPORATION*
   *and SIMILASAN AG*
9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  T.R.P. COMPANY, INC.,                    Case No.: 2:17-cv-02197-JCM-DJA

13           Plaintiff,                      **JOINT STIPULATION AND**
                                             **[PROPOSED] ORDER TO EXTEND**
14       v.                                  **PRE-TRIAL ORDER DEADLINE**

15  SIMILASAN AG AND SIMILASAN               **(THIRD REQUEST)**
16  CORPORATION,

17           Defendants.

18

19       Plaintiff T.R.P. Company, Inc. ("TRP") and Defendants Similasan AG and Similasan

20  Corporation (collectively, "Similasan"), by and through their counsel of record, hereby stipulate

21  and agree to extend the Pre-Trial Order deadline of the Joint Discovery Plan for 4 weeks. The

22  parties have engaged in substantial settlement negotiations, have reached a non-binding

23  settlement in principle on most of the terms, counsel for TRP has prepared a settlement agreement

24  that is under review by counsel for Similasan, and the parties anticipate finalizing and executing

25  the formal, binding settlement agreement in the next couple of weeks.  Although the request is

26  being made fewer than 21 days from the pending deadline, the parties believe that an extension

27  would be in the interests of judicial economy and efficiency.  The proposed deadline to be

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel. 775-324-4100
Fax. 775-333-8171

1    extended is:

2         1. <u>Pre-Trial Order</u>: September 22, 2020 to October 22, 2020.

3        Discovery is completed and there are no pending motions.

4        The Parties represent that this Stipulation is sought in good faith and for good cause.  The

5    Parties are actively involved in settlement discussions that will fully resolve the matter and a

6    written settlement agreement has been prepared and is under review.  The Parties hereby jointly

7    respectfully request that the aforementioned Pre-Trial Order deadline be extended accordingly.

8

9    Dated:  September 17, 2020       Respectfully submitted,

10   DICKINSON WRIGHT PLLC     BROWNSTEIN HYATT FARBER SCHRECK, LLP

11   By: */s/ Meaghan H. Kent*       .  By: */s/ Arthur A. Zorio*
     MICHAEL N. FEDER        Michael D. Rounds (NV Bar No. 4734)
12   (NV Bar No. 7332)        Arthur A. Zorio (NV Bar No. 6547)
     8363 West Sunset Road, Suite 200   5371 Kietzke Lane
13   Las Vegas, Nevada  89113-2210    Reno, NV  89511
     Email:  mfeder@dickinson-wright.com  Telephone:  (775) 324-4100
14                     Facsimile:  (775) 333-8171
     VENABLE LLP          Email:  mrounds@bhfs.com
15                        azorio@bhfs.com
     Daniel S. Silverman (*Pro Hac Vice*)
16   2049 Century Park East, Suite 2300  CROWELL & MORING LLP
     Los Angeles, California 90067
17   Tel: (310) 229-0373        Valerie Goo (*pro hac vice*)
     Fax: (310) 229-9901        Raija J. Horstman (*pro hac vice*)
18   Email: dssilverman@venable.com    515 S. Flower Street, 40th Floor
                       Los Angeles, CA  90071
19   Meaghan H. Kent (*Pro Hac Vice*)   Telephone:  (213) 622-4750
     600 Massachusetts Avenue., NW   Facsimile:  (213) 622-2690
20   Washington, D.C. 20001      Email:  vgoo@crowell.com
     Tel: (202) 344-4000         rhorstman@crowell.com
21   Fax: (202) 344-8300
     Email: mhkent@venable.com    *Counsel for Defendants*
22                     *SIMILASAN CORPORATION and*
     *Attorneys for Plaintiff T.R.P. Company,*  *SIMILASAN AG*
23   *Inc.*

24                     **IT IS SO ORDERED.**

25

26                    _____
                      **UNITED STATES MAGISTRATE JUDGE**

27

28                    Dated:  _September 18, 2020_____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Tel. 775-324-4100
Fax. 775-333-8171

2

1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT

FARBER SCHRECK, LLP, and on this 17th day of September, 2020, I served the document

entitled,  **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PRE-TRIAL**

**ORDER DEADLINE**, on counsel of record through the CM/ECF system.


                                        */s/    Jeff Tillison*
                                        Employee of Brownstein Hyatt Farber
                                        Schreck, LLP