**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER, Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**VENABLE LLP**
DANIEL S. SILVERMAN (Admitted Pro Hac Vice)
Email: dssilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Tel: (310) 229-0373
Fax: (310) 229-9901

**VENABLE LLP**
MEAGHAN H. KENT (Admitted Pro Hac Vice)
Email: mhkent@venable.com
600 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
*Attorneys for Plaintiff/Counterclaim-Defendant T.R.P. Company, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| T.R.P. Company, Inc., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> Similasan AG and Similasan Corporation, <br><br> Defendants/Counter-Claimants. | CASE NO: 2:17-cv-02197-JCM-CWH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff T.R.P. Company, Inc. ("TRP") and Defendants Similasan Corporation and Similasan AG, through their respective counsel of record, that this Court dismiss this Action, including TRP's Complaint and Similasan Corporation's Counterclaim, with prejudice pursuant to Federal Rule of Civil Procedure

///

///

///



1

41(a)(1)(A) as the parties have reached a settlement in this Action.  Each party shall bear its own attorneys' fees and costs.

DATED this 27th day of October, 2020.

**DICKINSON WRIGHT PLLC**

 /s/: Michael N. Feder
MICHAEL N. FEDER (NV Bar No. 7332)
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, NV 89169

**VENABLE LLP**
Daniel S. Silverman (*Pro Hac Vice*)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

**VENABLE LLP**
Meaghan H. Kent (*Pro Hac Vice*)
600 Massachusetts Avenue., NW
Washington, D.C. 20001

*Attorneys for Plaintiff T.R.P. Company, Inc.*

DATED this 27th day of October, 2020.

**CROWELL & MORING LLP**

 /s/: Valerie Goo
VALERIE GOO *(Pro Hac Vice)*
RAIJA J. HORSTMAN (*Pro Hac Vice*)
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

Arthur Zorio (NV Bar No.  6547)
Michael D.  Rounds (NV Bar No.  4734)
5371 Kietzke Lane
Reno, NV  89511
Email: azorio@bhfs.com

Emily Ellis (NV Bar No. 11956)
100 North City Parkway
Las Vegas, Nevada 89106-4614

*Counsel for Defendants SIMILASAN CORPORATION and SIMILASAN AG*

* * *

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

DATED: October 30, 2020



2

| | |
|---|---|
| **From:** | Su, Thai X. <TXSu@Venable.com> |
| **Sent:** | Tuesday, October 27, 2020 9:52 AM |
| **To:** | Michael N. Feder |
| **Cc:** | Kent, Meaghan H.; Silverman, Daniel S.; Ross, Sarah H.; Elsa P. Amoroso |
| **Subject:** | RE: EXTERNAL: Stipulation of Dismissal for Filing Today / Tomorrow |

Hi Michael:  We have authority from Valerie Goo to e-sign on her behalf.  Please file the stipulation today when you get the chance.

Thanks for all your help!
Thai


Sent with BlackBerry Work
(www.blackberry.com)


**From:** Su, Thai X. <TXSu@Venable.com>
**Date:** Monday, Oct 26, 2020, 6:24 PM
**To:** Michael N. Feder <MFeder@dickinson-wright.com>
**Cc:** Kent, Meaghan H. <MHKent@Venable.com>, Silverman, Daniel S. <DSSilverman@Venable.com>, Ross, Sarah H. <shross@venable.com>, Elsa P. Amoroso <EAmoroso@dickinson-wright.com>
**Subject:** RE: EXTERNAL: Stipulation of Dismissal for Filing Today / Tomorrow

Thanks Michael. I assume it's Valerie Goo, but I asked her to confirm we have her authority to e-sign her name. Will get back to you as soon as she responds.


Sent with BlackBerry Work
(www.blackberry.com)



1